**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| IN RE: | Case No. 20-51078 |
| BERNARD V. TEW AND ANDREA B. TEW, | Chapter 11 |
| DEBTORS | |
| LEN C. DEVARY, INDIVIDUALLY AND ON BEHALF OF THE LEN C. DEVARY TRADITIONAL IRA, AND COMMODORE 42, LLC | Adversary No. 21-ap- 05125 |
| Plaintiffs, | |
| v. | |
| ANDREA TEW | |
| And | |
| BERNARD TEW | |
| Defendants. | |

## AGREED NON-DISCHARGEABLE JUDGMENT

Plaintiff, Len C. DeVary, individually and on behalf of the Len C. DeVary Traditional IRA (collectively "DeVary"), and Bernard V. Tew and Andrea Tew, individually and as debtors on behalf of their estate (collectively "Debtors"), through undersigned counsel, having resolved this matter, hereby agree and stipulate as follows to enter judgment in favor of DeVary as set forth in this agreed order and judgment (the "Judgment"):

A. The Debtors are debtors in the bankruptcy case pending before the United States Bankruptcy Court for the Eastern District of Kentucky ("Bankruptcy Court") case number 20-bk-51078 (the "Bankruptcy Case");

4842-1586-4817

B.  DeVary and the Debtors are parties to the above adversary proceeding filed by DeVary, along with Commodore 42, LLC ("C42" and with DeVary, the "DeVary Parties") to object to the Debtors' discharge and assert exceptions to the Debtors' discharge ("Discharge Adversary");

C.  The parties are in agreement to resolve the Discharge Adversary and terminate further litigation and potential appellate proceedings as set forth in this Judgment; and

D.  The Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of DeVary against Bernard Tew and Andrea Tew, individually, and as debtors on behalf of their estates in the amount of Five Hundred Thousand Dollars and No Cents ($500,000.00);

2. This Judgment shall be excepted from discharge under all applicable provisions of the Bankruptcy Code, including in the Debtors' Bankruptcy Case, and any conversion or dismissal of the Bankruptcy Case, as well as any future bankruptcy filing by either or both Debtors;

3. DeVary shall forbear from collecting on this Judgment until the earlier occurrence of the following: (i) three (3) years from the entry of the Judgment, (ii) the Debtors' chapter 11 plan ("Plan") terminates, (iii) the Bankruptcy Case is converted, or the (iv) Bankruptcy Case is dismissed, whichever occurs first (the "Forbearance Period");

4. DeVary may file a judgment lien in accordance with Kentucky law during the Forbearance Period, but may not enforce the lien until the expiration of the Forbearance Period unless a foreclosure action is commenced by another creditor and DeVary is required to assert his interest to preserve his rights;

4842-1586-4817

5. In the event the Debtors' Plan is confirmed, DeVary shall be paid pro rata as a Class 7 unsecured claimant during the Forbearance Period, which said payments shall be applied to reduce the amount of the Judgment;

6. To the extent any terms of this Judgment conflict with the terms of an order entered by the Bankruptcy Court, including in the Bankruptcy Case, the terms of this Judgment shall control;

7. Each party shall bear its own attorneys' fees and costs;

8. This Judgment shall bear interest at the federal interest rate in effect on the date of entry and shall begin to run at the expiration of the Forbearance Period;

9. The Debtors are simultaneously entering into a judgment with C42 (the "C42 Judgment"), which upon entry of this Judgment and the C42 Judgment, the Discharge Adversary will be concluded;

10. The Court retains jurisdiction to enforce the terms of this Judgment; and

11. This Judgment will become final upon entry, with any applicable tolling or waiting periods waived, and the Debtors waive any right to appeal same.

4842-1586-4817

Have Seen and Agree:

/s/ Dean A. Langdon (w/ permission)
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
*Counsel for the Debtors*

/s/ Chacey R. Malhouitre
Jay E. Ingle (KY Bar # 86994)
Chacey R. Malhouitre (KY Bar # 91019)
JACKSON KELLY PLLC
100 W. Main Street, Ste. 700
Lexington, KY 40507
Telephone: (859) 255-9500
Facsimile: (859) 252-0688
E-mail: jingle@jacksonkelly.com
chacey.malhouitre@jacksonkelly.com
*Counsel for Len C. DeVary, individually and on behalf of the Len C. DeVary Traditional IRA, and Commodore 42, LLC*

Reviewed and Agreed to:

_____
Bernard V. Tew

Date: 7/16/2021

_____
Andrea B. Tew

Date: 7-16-21

4842-1586-4817

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, July 30, 2021
(tnw)